US00D977311S

## (12) United States Design Patent
Li

(10) Patent No.: **US D977,311 S**
(45) Date of Patent: ⁑⁑ **Feb. 7, 2023**

(54) **PICKLE JAR**

(71) Applicant: **Shenzhen Xin Chang Tu Technology Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Min Li**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/790,727**

(22) Filed: **Dec. 13, 2021**

(51) **LOC (14) Cl.** .............................................. 09-02

(52) **U.S. Cl.**
USPC ........................................................ **D7/612**

(58) **Field of Classification Search**
USPC ........ D7/300, 305, 589, 590, 591, 598, 601, D7/602, 612, 614, 619.1, 354, 369, 397; D9/737, 761, 516, 537, 538, 540, 547, D9/549, 569, 435; D10/40, 41
CPC .. A47G 19/2266; B65D 1/02; B65D 81/3837; B65D 1/10; B65D 21/00; B65D 25/04; B65D 41/04; B65D 43/02; A47J 31/00; A47J 31/40
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,664,854 | A | * | 1/1954 | Talbot | A01K 97/04 134/135 |
| D362,929 | S | * | 10/1995 | Strong | D32/1 |
| D406,532 | S | * | 3/1999 | Black | D9/559 |
| D455,963 | S | * | 4/2002 | Schmitt | D9/516 |
| D589,752 | S | * | 4/2009 | Fetting | D7/510 |
| D780,604 | S | * | 3/2017 | Phairas | D10/44 |
| D822,490 | S | * | 7/2018 | Ruleman, Jr. | D9/519 |
| D847,667 | S | * | 5/2019 | van de Goor | D10/41 |
| D855,473 | S | | 8/2019 | Liu et al. | |
| D856,070 | S | * | 8/2019 | Baron | D7/392.1 |
| D856,153 | S | | 8/2019 | Liu et al. | |
| D862,233 | S | | 10/2019 | Lerman | |
| D900,530 | S | * | 11/2020 | Kim | D7/372 |
| D929,232 | S | * | 8/2021 | Walters | D9/503 |
| D944,601 | S | * | 3/2022 | Ballard | D7/630 |
| D945,884 | S | * | 3/2022 | Shain | D9/551 |
| D953,817 | S | * | 6/2022 | Liu | D7/615 |

* cited by examiner

*Primary Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Rumit Ranjit Kanakia

(57) **CLAIM**

The ornamental design for a pickle jar, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a pickle jar showing my new design;
FIG. **2** is a second perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a back view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8