## SCHEDULE A
### Ex 2

| Def. No. | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 1 | Amazon | Xibutec | https://www.amazon.com/sp?ie=UTF8&seller=A94PLNKI8819X |
| 2 | Amazon | LIYAR | https://www.amazon.com/sp?seller=ACGMWZ6XSWIYG |
| 3 | Amazon | YSD Houseware | https://www.amazon.com/sp?ie=UTF8&seller=A1E65BXWTLJU0I |
| 4 | Amazon | TEFIRETrade | https://www.amazon.com/sp?seller=A17G836LL9BFQ5 |
| 5 | Amazon | HZGUP | https://www.amazon.com/sp?seller=A2CFK05W5G5QMR |
| 6 | Amazon | Mastertool | https://www.amazon.com/sp?seller=AMS0CLNRLOHEG |
| 7 | Amazon | Jillmo | https://www.amazon.com/sp?seller=A1SJRDW5IM2JZ0 |
| 8 | Amazon | Reasmi | https://www.amazon.com/sp?seller=A16INXN74LPLLM |
| 9 | Amazon | UUTECHNOLOGY | https://www.amazon.com/sp?seller=A1FDEXFH64L3JV |
| 10 | Amazon | Gargar Direct | https://www.amazon.com/sp?seller=A1HDCW76NND09Q |
| 11 | Amazon | Sophico | https://www.amazon.com/sp?seller=A1VS9RLX6RR9FG |
| 12 | Amazon | Luvan Direct | https://www.amazon.com/sp?ie=UTF8&seller=A1BDRWO2J1G5X9 |
| 13 | Amazon | AWZITUODirectShop | https://www.amazon.com/sp?seller=A2DVL7DXCPQS5T |
| 14 | Amazon | Snader | https://www.amazon.com/sp?seller=A13I0BM1Y8HKF7 |
| 15 | Amazon | Homnable | https://www.amazon.com/sp?ie=UTF8&seller=A32M07H8JWM14P |
| 16 | Amazon | Heijike | https://www.amazon.com/sp?ie=UTF8&seller=A1OLWLGZDM2EZA |
| 17 | Ebay | Worshop | https://www.ebay.com/usr/worshop |
| 18 | Aliexpress | DAY House Dropshipping Store | https://www.aliexpress.com/store/1101737922 |
| 19 | Aliexpress | Lelush Store | https://www.aliexpress.com/store/1101747095 |
| 20 | Aliexpress | Simple Life Household Store | https://www.aliexpress.com/store/1101988416 |
| 21 | Aliexpress | Fortune House Dropshipping Store | https://www.aliexpress.com/store/1101315803 |
| 22 | Aliexpress | Global International Home Store | https://www.aliexpress.com/store/1102637378 |
| 23 | Aliexpress | Concise House Store | https://www.aliexpress.com/store/1101310568 |
| 24 | Aliexpress | Shop1102858622 Store | https://www.aliexpress.com/store/1102854627 |
| 25 | Aliexpress | Shop328 Store | https://www.aliexpress.com/store/1101650199 |
| 26 | Aliexpress | Happiness Sweetly Store | https://www.aliexpress.com/store/1101232719 |
| 27 | Aliexpress | SC car dealership Store | https://www.aliexpress.com/store/5259149 |
| 28 | Aliexpress | Shop1102245146 Store | https://www.aliexpress.com/store/1102245146 |
| 29 | Aliexpress | Kitchen Bar Life Store | https://www.aliexpress.com/store/1102754915 |
| 30 | Aliexpress | Little Liuzi's Store | https://www.aliexpress.com/store/912657134 |
| 31 | Aliexpress | Festival Dector Store | https://www.aliexpress.com/store/1100086231 |
| 32 | Aliexpress | Ready for Homeeee Store | https://www.aliexpress.com/store/1102175821 |
| 33 | Aliexpress | Home is Life Store | https://www.aliexpress.com/store/1102178829 |
| 34 | Aliexpress | Isfriday CH Store | https://www.aliexpress.com/store/1102926222 |
| 35 | Aliexpress | Isfriday Home Mall Store | https://www.aliexpress.com/store/1102144011 |
| 36 | Aliexpress | Yolo Waku Store | https://www.aliexpress.com/store/1102772455 |
| 37 | Aliexpress | Household Of Life Store | https://www.aliexpress.com/store/1102752790 |
| 38 | Aliexpress | LAIDEYI-Dropshipping Store | https://www.aliexpress.com/store/1101224273 |
| 39 | Aliexpress | TOP AE Mall Store | https://www.aliexpress.com/store/1101371858 |
| 40 | Aliexpress | IsFriday Home Tools Store Store | https://www.aliexpress.com/store/1102891442 |
| 41 | Aliexpress | Shop1102857853 Store | https://www.aliexpress.com/store/1102856822 |
| 42 | Aliexpress | Shop1102810736 Store | https://www.aliexpress.com/store/1102811695 |
| 43 | Aliexpress | HOUSEWARES VARITY Store | https://www.aliexpress.com/store/1102752788 |
| 44 | Aliexpress | Shop1102794399 Store | https://www.aliexpress.com/store/1102794400 |
| 45 | Aliexpress | Shop1102856824 Store | https://www.aliexpress.com/store/1102856824 |
| 46 | Aliexpress | CXKJNTM Store | https://www.aliexpress.com/store/1102636390 |
| 47 | Aliexpress | Comfort House Dropshipping Store | https://www.aliexpress.com/store/912594073 |
| 48 | Aliexpress | Shop1102820685 Store | https://www.aliexpress.com/store/1102822467 |
| 49 | Aliexpress | Homestead Heaven Store | https://www.aliexpress.com/store/1102801300 |
| 50 | Aliexpress | Happy Home Quality Life Store | https://www.aliexpress.com/store/1102604819 |
| 51 | Aliexpress | CHUWUJU HomeStorage Store | https://www.aliexpress.com/store/1101916097 |
| 52 | Aliexpress | 3C PLUS DropShipping Store | https://www.aliexpress.com/store/1101988440 |
| 53 | Aliexpress | Homartisan Direct Store | https://vi.aliexpress.com/store/1101242605 |
| 54 | Aliexpress | Fervor Gadget Store | https://www.aliexpress.com/store/1102724810 |
| 55 | Aliexpress | Unique Ha Home Store | https://www.aliexpress.com/store/1102726710 |
| 56 | Aliexpress | 3C-TOP-PRO Store | https://www.aliexpress.com/store/1101353259 |
| 57 | Aliexpress | Warming Life Store | https://www.aliexpress.com/store/1101794932 |
| 58 | Aliexpress | Faixiang Store | https://www.aliexpress.com/store/1101253711 |
| 59 | Aliexpress | Wulinky Store | https://www.aliexpress.com/store/1101823828 |
| 60 | Aliexpress | QQ new life Store | https://www.aliexpress.com/store/1101696288 |
| 61 | Aliexpress | Shop1102814646 Store | https://www.aliexpress.com/store/1102817566 |
| 62 | Aliexpress | Shop1102672494 Store | https://www.aliexpress.com/store/1102677364 |
| 63 | Aliexpress | Shop1102830454 Store | https://www.aliexpress.com/store/1102830455 |
| 64 | Aliexpress | Home N Green Store | https://www.aliexpress.com/store/1102677601 |
| 65 | Aliexpress | Shop1102562559 Store | https://www.aliexpress.com/store/1102561535 |
| 66 | Aliexpress | Shop1102855860 Store | https://www.aliexpress.com/store/1102853909 |
| 67 | Aliexpress | Shop1102823179 Store | https://www.aliexpress.com/store/1102825200 |
| 68 | Aliexpress | Twigs And Twine Store | https://www.aliexpress.com/store/1102786334 |
| 69 | Aliexpress | Shop1102647790 Store | https://www.aliexpress.com/store/1102650716 |
| 70 | Aliexpress | Shop1102787937 Store | https://www.aliexpress.com/store/1102786971 |
| 71 | Aliexpress | Home Pets And Garden Daily Essentials Store | https://www.aliexpress.com/store/1102924551 |
| 72 | Aliexpress | Shop1102898308 Store | https://www.aliexpress.com/store/1102904216 |
| 73 | Walmart | MAKEY'S | https://www.walmart.com/seller/101193763 |
| 74 | Walmart | Hellery | https://www.walmart.com/seller/101240773 |
| 75 | Walmart | Colcolo | https://www.walmart.com/seller/101114713 |