Amazon.com: AIxibu Pickle Jar with Strainer Flip,40oz Pickle Flip Jar With Double Leak Proof,Food Storage Container of Pickles(1PCS) : Everything Else    11/26/23, 7:59 PM



Delivering to Chicago 60616
Update location

Tools & Home Improvement ▾    Sea

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

0
Cart

All    Cyber Monday Deals    Medical Care ▾    Groceries ▾    Best Sellers    Amazon Basics    New Releases    Registry    Cyber Monday is here

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

American Atelier Maison 3-Piece Cookie Jar Set, White -    ★★★★☆ 79    $51.62  ✓prime

Sponsored

## Consider these available items



WhiteRhino Glass Pickle Jar with Strainer Flip,34oz Pickle Container,Hourglass
1,621
$17.83 ($0.52/Fl Oz)

KIKINIKO Pickle Jar 24 oz pickle container with strainer Pickle Holder Keeper Lifter, pickle
384
$7.99



FORTIDY Pickle Jar/Container with Strainer Flip & Label – 47 oz Large Airtight Storage,
259
$13.59

‹ Back to results

# AIxibu Pickle Jar with Strainer Flip,40oz Pickle Flip Jar With Double Leak Proof,Food Storage Container of Pickles(1PCS)

Visit the AI.xibu Store

4.2    880 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Brand | AI.xibu |
| --- | --- |
| Color | Transparent |
| Material | Food Grade Silicone, Food Grade PC |
| Material Feature | BPA Free |
| Capacity | 2.5 Pounds |

## About this item

- 🥒【Food Grade Materials】 The pickle jar is made of 100% food grade material, BPA free , non-toxic and safe.The main body is made of PC, which is tougher than ABS and more transparent.
- 🥒【Filter Design】：AIxibu jalapeno container has a double-compartment design meant to separate the pickle from the liquid for better take pickle.After use, turn the jar upside down and let juice soak the pickles to keep it fresh.

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Delivering to Chicago 60616 - Update location

Add to List



34oz Glass Pickle Jar with Strainer,...
★★★★½ 1,621
Cyber Monday Deal
$17.83

Sponsored

Amazon.com: Alxibu Pickle Jar with Strainer Flip,40oz Pickle Flip Jar,Leak Proof Food Storage Container - Everything Else    11/26/23, 7:59 PM



Roll over image to zoom in

5 VIDEOS

-  【Upgrade Capacity】 The size of the pickle container with strainer is 6.1" x5.75",the capacity is 40oz,which can hold a whole pickle can, it is also suitable for other pickles such as onions, mushrooms, etc.

- 【Double Leak-proof】Alxibu pickle container using thread + silicone double leak-proof,.And its double-sided opening design makes cleaning easier.

- 【Great Gift】: This is undoubtedly a very thoughtful gift for someone who loves pickles , she will be happy that she doesn't have to take pickle from pickle juice.

› See more product details

## Customer ratings by feature

| | |
|---|---|
| Easy to clean | 4.3 |
| Value for money | 4.2 |
| Sturdiness | 4.1 |
| Leak proof | 3.9 |

See all reviews

Reusable Produce Bags - Eco-Friendly
$16.99  prime
Save $4  with coupon

lotus
SUSTAINABLES

Sponsored

## 4 stars and above

Sponsored ⓘ

Page 1 of 50



**Luvan Pickle Jar, 51oz Glass Pickle Container with Strainer Flip Hourglass,Large Pi...**
1,240
Cyber Monday Deal
**$22.08** ($0.43/Fl Oz)
List: $25.99 (15% off)
Exclusive Prime price



**Trtyldt Glass Pickle Jar with Strainer Flip,Hourglass Pickle Juice Separator Jar fo...**
62
Cyber Monday Deal
**$16.79** ($475.64/Ounce)
List: $19.99 (16% off)
Exclusive Prime price



**WhiteRhino Glass Pickle Jar with Strainer Flip,34oz Pickle Container,Hourglass...**
1,621
Cyber Monday Deal
**$17.83** ($0.52/Fl Oz)
List: $30.99 (42% off)
Exclusive Prime price



**fruui Glass Pickle Jar with Strainer Flip and Stainless Steel Fork, 36oz Leakproof ...**
174
Cyber Monday Deal
**$17.37**
List: $20.99 (17% off)
Exclusive Prime price



**Crutello 3 Glass Jars Lids - Kitc Food Stor...**

**$27.99**
Save 10%

Amazon.com: Aixibu Pickle Jar with Strainer Flip,40oz Pickle Flip Jar,Leak Preti,Food Storage Container - 3 Pickles(1 Pcs) : Everything Else
Case 1:23-cv-22997-RKA Document 36-1 Entered on FLSD Docket 11/28/2023 Page 3 of 15
11/26/23, 7:59 PM

## Products related to this item

Sponsored ⓘ

Page 1 of 67

   

| Luvan Pickle Jar, 51oz Glass Pickle Container with Strainer Flip Hourglass,Large Pi... | WhiteRhino Glass Pickle Jar,34oz Olive Hourglass Jar with Strainer, Airtight Glass ... | Trtyldt Glass Pickle Jar with Strainer Flip,Hourglass Pickle Juice Separator Jar fo... | fruui Glass Pickle Jar with Strainer Flip and Stainless Steel Fork, 36oz Leakproof ... | Ansbell 52 Jar with St Air Tight P Olives Con... |
|---|---|---|---|---|
| 1,240 | 1,621 | 62 | 174 | |
| Cyber Monday Deal | Cyber Monday Deal | Cyber Monday Deal | Cyber Monday Deal | Cyber Mond |
| $22.08 ($0.43/Fl Oz) | $18.99 ($0.56/Fl Oz) | $16.79 ($475.64/Ounce) | $17.37 | $15.19 |
| List: $25.99 (15% off) | List: $23.99 (21% off) | List: $19.99 (16% off) | List: $20.99 (17% off) | List: $18.99 |
| Exclusive Prime price | Exclusive Prime price | Exclusive Prime price | Exclusive Prime price | Exclusive Pr |

## From the brand

Aixibu

**Welcome to AI.XIBU.**

Where innovation and convenience meet in your kitchen.

Discover baking supplies to smart storage solutions, elevating your culinary experience.

Our ingenious tools simplify tasks, infusing joy into cooking.

**For the Convenience of Life**

A new

Amazon.com: Aikijo Pickle Jar with Strainer Flip,40oz Pickle Flip Jars,Leak Proof,Food Storage Container - 3/Pickles (1 Pcs) - Everything Else    11/26/23, 7:59 PM

## Product Description





Amazon.com: Aikuu Pickle Jar with Strainer Flip,40oz Pickle Flip Jars, Leak Proof Food Storage Container of Pickles (PCS) : Everything Else   1/26/23, 7:59 PM

Top   About this item   **Product information**   Questions   Reviews



Amazon.com: Aixibu Pickle Jar with Strainer Flip,40oz Pickle Flip Jars,Leak Proof,Food Storage Container of Pickles (1 Cup) : Everything Else    11/26/23, 7:59 PM

# Further possibilities

| Beets | Quail eggs | garlic | Olives |
|---|---|---|---|
| Pickles | Mushrooms | Green beans | Asparagus |
| Okra | Carrots | Veggie slaw | More… |



| | White | Blue | Green | Blue-Limited edition | Green-Limited edition |
|---|---|---|---|---|---|
| BPA Free | ✓ | ✓ | ✓ | ✓ | ✓ |
| Refrigerator Safe | ✓ | ✓ | ✓ | ✓ | ✓ |

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | AI.xibu |
| Part Number | Pickle Jar |
| Item Weight | 10.9 ounces |
| Product Dimensions | 4.56 x 4.56 x 6.1 inches |

### Additional Information

| | |
|---|---|
| ASIN | B0B6F2JF2N |
| Customer Reviews | 4.2 ⭐ 880 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #180,931 in Kitchen & Dining<br>(See Top 100 in Kitchen & |

Amazon.com: Alxibu Pickle Jar with Strainer Flip,40oz Pickle Flip Jar, Leak Prool|Food Storage Container- 5 Pickiest|PC5j - Everything Else          7/26/23, 7:59 PM

| | |
|---|---|
| Item model number | Pickle Jar (white) |
| Color | Transparent |
| Material | Food Grade Silicone, Food Grade PC |
| Item Package Quantity | 1 |
| Special Features | Refrigerated available, Dishwasher available |
| Usage | Refrigerated available, Dishwasher available |
| Included Components | Pickle Jar x1 |
| Batteries Included? | No |
| Batteries Required? | No |
| Capacity | 2.5 Pounds |
| Volume | 40 Fluid Ounces |
| Item Weight | 0.31 Kilograms |
| Units | 1.0 Count |
| Number of Sets | 1 |

Dining)
#1,420 in Food Jars & Canisters

| | |
|---|---|
| Date First Available | July 13, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?**

# Product guides and documents

User Guide (PDF)

### Inspiration from this brand



**AI.xibu**
Visit the Store on Amazon

+ Follow



AI.xibu Corn Peeler removes the kernels from the cob perfectly, an…



Prepare to amaze your taste buds and captivate your guests with pic…



A baker's first steps-Alxibu Banneton Bread Proofing Basket Set of 2



Bread cutter lea… Banneton Breac…

Amazon.com: Ansbell Pickle Jar with Strainer Flip,40oz Pickle Flip Jars,Leak Proof,Food Storage Container-for Pickles (Picky) : Everything Else      11/26/23, 7:59 PM

## Videos

#### Videos for related products



| | | |
|---|---|---|
| 1:29 | 0:07 | 0 |
| Honest Review of the Ansbell 52oz Glass Pickle Jar with | 2M+ Views on Insta: Viral Pickle Jar & Serving Tongs | Pickle Storage Container |
| ✅ Honest Reviews with Kylee | Ashley Burk · Home + Lifestyle | Lauryn Emily |

Upload your video

## Important information

To report an issue with this product, click here.

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping







| WhiteRhino Glass Pickle Jar with Strainer Flip,34oz Pickle Container,Hourglass… | Luvan Glass Pickle Jar with Strainer Flip, 34oz Pickle Container for Olives, Jalape… | FORTIDY Pickle Jar/Container with Strainer Flip & Label – 47 oz Large Airtight Stor… | Festcool Porcelain Pickling Jar with 2 Lids Lotus Fermenting Pickling Kimchi Crock … | fruui Glass Pickle Jar with Strainer Flip and Stainless Steel Fork, 36oz Leakproof … |
|---|---|---|---|---|
| 1,621 | 1,242 | 259 | 74 | |
| Cyber Monday Deal | Cyber Monday Deal | Cyber Monday Deal | | $21.99 |
| $17.83 ($0.52/Fl Oz) | $17.83 ($0.52/Fl Oz) | $13.59 | $22.69 | Save $5.00 with coupon |
| List: $30.99 (42% off) | List: $20.99 (15% off) | Save 10% with coupon | | |
| Exclusive Prime price | Exclusive Prime price | List: $16.99 (20% off) | | |
| | | Exclusive Prime price | | |

Amazon.com: Flexible Pickle Jar with Strainer Flip,46oz Pickle Flip Jars Leak Proof,Pickles Storage Container or Pickles Jar Cup, everything Bag    11/28/23, 7:59 PM



**34oz Glass Pickle Jar with Strainer, by WhiteRhino...**
★★★★½ 1,621
Cyber Monday Deal
$17.83

Sponsored

Sponsored



77L
Shop the Store on Amazon ›

77L Upgrade Pickle Jar with Strainer Flip, 100 Percent Airtight and Leak Proof Gla...
218
$22.99

WhiteRhino
Shop the Store on Amazon ›

WhiteRhino Glass Pickle Jar with Strainer Flip,34oz Pickle Container,Hourglass...
1,621
$17.83 List Price: $30.99
Cyber Monday Deal

Huichuiero
Shop the Stor...

## Looking for specific info?

## Customer reviews

4.2 out of 5
880 global ratings

| | |
|---|---|
| 5 star | 60% |
| 4 star | 17% |
| 3 star | 9% |
| 2 star | 5% |
| 1 star | 8% |

### Reviews with images

See all photos ›

Top reviews

Amazon.com: Maxibu Pickle Jar with Strainer Flip, 40oz Pickle Flip Jar 2 Leak Proof, Food Storage Container of Pickles (1 Cap): Everything Else — 11/26/23, 7:59 PM

How customer reviews and ratings work

Sponsored

## Top reviews from the United States

 Maggie

### A Game-Changer for Pickle Lovers

Reviewed in the United States on July 13, 2023

**Verified Purchase**

If you're a pickle enthusiast like me, you understand the struggle of finding the perfect storage solution for your beloved pickles. Look no further! I recently discovered the 40oz Pickle Flip Jar with its ingenious strainer flip and double leak-proof design, and it has revolutionized my pickle storage game. In this review, I'll share my experience with this exceptional food storage container and explain why it's a must-have for any pickle lover.

Design and Features:
The 40oz Pickle Flip Jar is thoughtfully designed to cater to pickle enthusiasts' needs. Its sturdy construction and durable materials ensure longevity and reliability. The jar features a convenient flip lid with a built-in strainer, allowing for easy retrieval of pickles without the hassle of fishing them out with a fork or tongs. This design also ensures that excess pickle juice drains away, keeping your pickles perfectly crisp.

˅ Read more

One person found this helpful

Helpful | Report

 Frank P. Prorock

### Great invention

Reviewed in the United States on September 30, 2023

**Verified Purchase**

This works very well. You hold your pickled items in one end, and when you want to access them without getting your fingers wet you just turn it over and all the liquid goes to the bottom end. Only issue. Sometimes, you need a strap wrench to open the lid. I did not over tighten it. But the lid can be a bit of a challenge to remove. Otherwise, it's a great product.

Helpful | Report

 Lisa Hennings

### Works great

Reviewed in the United States on November 7, 2023

**Verified Purchase**

It's so funny that I love this. Perfect for my husband's peppercinis, now I don't have to fish them out when making him a sandwich. Wish it was big enough to work for pickle spears.

Helpful | Report

 Rachel Conner

### So Clever

Reviewed in the United States on September 27, 2023

**Verified Purchase**

This makes using pickles easier, in my opinion. I hate sticking my hand in a jar of juice. The same jar I will stick my hand in again and again. It just seems so nasty. This jar makes it easy and I reach for pickles more often because I'm not grossed out by the idea of rummaging around in vinegar for a couple slices of pickle. Also the rim of this is much wider than an average jar, so getting a fork in there to pick out a few is much easier. A massive win for

Amazon.com: Flixibul Pickle Jar with Strainer Flip, 46oz Pickle Flip Jar, 2 Leak Proof Food Storage Container of Pickled for Keep Everything Fresh    11/28/23, 7:59 PM

those of us who don't like Uncle Larry's grody fingers on our condiments.

Helpful    Report

L from Oregon

**works great**
Reviewed in the United States on November 21, 2023
Verified Purchase
we like it

Helpful    Report

Pioneer0943

**Was Surprised This Worked**
Reviewed in the United States on June 1, 2023
Verified Purchase
I bought this container on a whim because I was tired of having to fish pickles out of the bottom of jars. I wasn't sure this container would work, but since Amazon has a return policy, I decided to give it a try.
The first couple times, when I put the lid back on, I apparently cranked it tight because I was sure it would leak if I didn't. However, it was an incredible bear to open the next time. I even thought this jar wasn't going to work for me. Then I closed the lid with a lot less pressure and waited to see leakage. However, it never happened and it was relatively easy to open the next time. The secret for me was to not try to tighten the lid so much and have a little faith in the technology. Not planning to return this container and have hopes it will continue to not leak for a long time.

7 people found this helpful

Helpful    Report

Amazon Customer

**Lid gets sticky**
Reviewed in the United States on September 25, 2023
Verified Purchase
If you put sugary pickles in it makes it almost impossible to open a jar

Helpful    Report

L. Wolfert

**Does what it should**
Reviewed in the United States on September 21, 2023
Verified Purchase
Can be difficult to open when you tighten it to ensure it doesn't leak. Does what it should. Interesting idea!

Helpful    Report

**See more reviews ›**

## Top reviews from other countries

Amazon.com: Flxibu Pickle Jar with Strainer Flip,46oz Pickle Flip Jars Leak Proof,Food Storage Container of Pickles,Keep everything Fres...   11/26/23, 7:59 PM

Translate all reviews to English

 Sharon Kardol

**Great!**

Reviewed in Australia on October 29, 2023

Verified Purchase

We use it for canned beetroot and it works so well! But fiddly to open the lid sometimes but works so well

Report

 YulianaGueMe

**Excelente! Lo volvería a comprar**

Reviewed in Mexico on June 22, 2023

Verified Purchase

Buena calidad, tiene muy buen sellado, no se tira nada y tiene buena capacidad yo lo utilice para choles en vinagre quede fascinada. 👌🏻

Report

Translate review to English

See more reviews ›

 Strainer Flip Glass Pickle Jar, 34oz, by WhiteRhino...

Cyber Monday Deal

$17⁸³

Sponsored

Amazon.com: Flexible Pickle Jar with Strainer Flip, 40oz Pickle Flip Jar O Leak Froof, Food Storage Container of Pickles, Keep / Everything Tidy   11/28/23, 7:59 PM

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Start Selling with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

---

English

United States

---

Amazon Music
Stream millions
of songs

Amazon Ads
Reach
customers
wherever
they
spend their
time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything
For
Your
Business

Amp
Host your own live
radio show with
music you love

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books
& Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited
Photo Storage
Free With
Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery
Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription Boxes
Top subscription boxes
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

---

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates