Amazon.com: SOPHICO Pickle and Olives Jar Container with Strainer,...od Saver Storage Container (Pickle Container X 1): Home & Kitchen 11/26/23, 7:59 PM

Delivering to Chicago 60616 Update location | All ▼ | pickle+jar | EN ▼ | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Cyber Monday Deals | Medical Care ▼ | Groceries ▼ | Best Sellers | Amazon Basics | New Releases | Registry | Cyber Monday is here

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvem

BOTTLE Insulated Water Bottle with Straw, 32oz, Stainless Steel, Dual-use, Green... ★★★★½ 252 | 25% off | Cyber Monday Deal | $20.99 $27.99 ✓prime

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Food Storage › Food Containers › Container Sets

## SOPHICO Pickle and Olives Jar Container with Strainer, Leak-proof Juice Separator Sieve Food Saver Storage Container (Pickle Container X 1)

Visit the SOPHICO Store

4.5 | 2,000 ratings

**Amazon's Choice**
in Food Container Sets by SOPHICO

700+ bought in past month

**Cyber Monday Deal**

**-31%** $**8**.95

Typical price: $12.95 ⓘ

**FREE Returns**

Exclusive Prime price

Get $100 off instantly: Pay $0.00 $8.95 upon approval for the Amazon Store Card. No annual fee.

**Color:** Pickle Container X 1


$8.95


$11.16


$9.76

| Brand | SOPHICO |
|---|---|
| Color | Pickle Container X 1 |
| Material | Polypropylene, Silicone |
| Product Dimensions | 8"L x 5"W x 8"H |
| Special | Airtight, Leak Resistant |

**Prime Exclusive Deal**
$**8**.95

**Prime Exclusive Deal**
This deal is exclusively for **Amazon Prime** members.

[Join Prime]

Cancel anytime

Already a member? Sign in

**Buy new:**
$**12**.95

FREE delivery: **Friday, Dec 1** on orders over $35.00 shipped by Amazon.

Ships from: Amazon
Sold by: Sophico

Shows what's inside. Item often ships in manufacturer container to reduce packaging. To hide what's inside, choose **Ship in Amazon packaging** at checkout.

[Add to List]



Reusable Produce Bags - Eco-Friendly
Reusable Organic Cotton Produce...
★★★★½ 138
$**16**.99 ✓prime
Save $4 with coupon

Sponsored

Case 1:23-cv-22997-RKA Document 36-2 Entered on FLSD Docket 11/28/2023 Page 2 of 14

Amazon.com: SOPHICO Pickle and Olives Jar Container with Strainer, ...od Saver Storage Container (Pickle Container X-1): Home & Kitchen 11/26/23, 7:59 PM

Feature

**About this item**

- A Must for Pickle Lovers: If you love olives and pickles but you have trouble pulling them out of the jar, the SOPHICO pickle storage container is exactly what you need! This multifunctional pickle jar has an innovative hourglass design equipped with a juice separator for more convenience and practicality.
- Mess-Free Experience: Our pickle jar with strainer has a double-compartment design meant to separate the liquid from your pickles when you flip it, so you can simply pick the olives without getting your hands wet. After use, flip back the jar and let the pickles soak in brine again to maintain their freshness and savor.
- Superior Quality: This pickle container is made with BPA-free polypropylene and high-quality silicone lids, materials that are 100% food-grade, non-toxic, and safe. The jar is also dishwasher safe, recyclable, and durable so you can use it for years to come.
- Leakproof Design: The olive and pickle jar comes with strong silicone lids that ensure an airtight sealing to prevent any leaks or spills. The pickle jar is 100% leakproof and secure, perfect to store your favorite pickles and olives in optimal conditions.
- Multipurpose Use: The SOPHICO pickle flip jar is versatile and practical, as it can be used to store different types of pickles and serve them fresh to your family and guests. It also works great with salad mixes, olives, maraschino cherries, or jalapenos.

ner ratings by feature

| Easy to clean | 4.7 |
| Easy to use | 4.6 |
| Leak proof | 4.4 |
| Value for money | 4.4 |

reviews





Roll over image to zoom in

6 VIDEOS



Reusable Produce Bags - Eco-Friendly Lotus Reusable Netted Mesh Bags (9pcs)…
$16.99 prime
Save $8   with coupon

Sponsored

## Products related to this item

Page 1 of 41

Sponsored


KIKINIKO Pickle Jar 24 oz pickle container with strainer Pickle Holder Keeper Lifte…
384
Cyber Monday Deal
$7.99
List: $9.99 (20% off)
Exclusive Prime price


fruui Glass Pickle Jar with Strainer Flip and Stainless Steel Fork, 36oz Leakproof …
174
Cyber Monday Deal
$17.37
List: $20.99 (17% off)
Exclusive Prime price


WhiteRhino Glass Pickle Jar,34oz Olive Hourglass Jar with Strainer, Airtight Glass …
1,621
Cyber Monday Deal
$18.99 ($0.56/Fl Oz)
List: $23.99 (21% off)
Exclusive Prime price


CHENGU Jalapeno Container Pickle Containers with Strainers Pickle Jar Containers…
343
$22.99
Save 5%  with coupon


Trtyldt Gl… with Strain Flip,Hourg Juice Sepa…
Cyber Mond
$16.79
List: $19.99
Exclusive Pr

## 4 stars and above

Page 1 of 67

Sponsored


fruui Glass Pickle Jar with Strainer Flip and Stainless Steel Fork, 36oz Leakproof …
174
Cyber Monday Deal
$17.37
List: $20.99 (17% off)
Exclusive Prime price


WhiteRhino Glass Pickle Jar,34oz Olive Hourglass Jar with Strainer, Airtight Glass …
1,621
Cyber Monday Deal
$18.99 ($0.56/Fl Oz)
List: $23.99 (21% off)
Exclusive Prime price


CHENGU Jalapeno Container Pickle Containers with Strainers Pickle Jar Containers…
343
$22.99
Save 5%  with coupon


Luvan Pickle Jar, 51oz Glass Pickle Container with Strainer Flip Hourglass,Large Pi…
1,240
Cyber Monday Deal
$22.08  ($0.43/Fl Oz)
List: $25.99 (15% off)
Exclusive Prime price


Neatrix Fo Containers Airtight - 9 Stackable …
Cyber Mond
$24.46
List: $32.98
Exclusive Pr

## Product Description





**AIR-TIGHT SEAL & LEAK-PROOF**

Our silicone lids are made of Food Grade high quality platinum silicone material, not cheap rubber or TPR material.Please note: The container must be sealed all around before pouring your brine.



**PERFECT SIZE**

Perfect size for pickle and olive. Great gift for pickle and olive fanatic.



**DISHWASHER SAFE**

Easy clean, dishwasher safe, top rack recommend.



**REFRIGERATOR SAFE**

Perfectly Help to Keep food fresh without smell in your fridge and fresh longer.



**BOTH LIDS CAN BE REMOVED**

Large part are perfect for pickled cucumbers, small part are perfect for olive.



**PICKLE CAN BE PUT IN BOTH SIDES**

Please enjoy your pickle from the small side at first.



**CAN BE WRITTEN TO MARK**

Stretchy silicone design, you can write on it with erase marker(not included). Marking can be removed by washing with mild dish soap and water.



**MULTIPURPOSE USE**

For all your foods that are packed in liquid.

## Simple and Effective Solution for olives and pickles

The container is designed with 2 compartments, one for storing the pickles in brine and the other one is meant to keep the brine separate when flipping the jar. Our pickle jar is 100% leak-proof and airtight sealed, so you can store the pickles with confidence without fearing about spills or leaks. Made with BPA-free polypropylene, the jar is food-grade, durable, and easy to clean, perfect to enjoy your salads, pickles, jalapenos, or olives on countless dinners.

Amazon.com: SOPHICO Pickle and Olives Jar Container with Strainer,...od Saver Storage Container (Pickle Container X-1) : Home & Kitchen

Case 1:23-cv-22997-RKA   Document 36-2   Entered on FLSD Docket 11/28/2023   Page 5 of 14

11/26/23, 7:59 PM





- Pickle jar with brine separator.
- Leak-proof design & Airtight sealing.
- Food-grade and safe materials.
- Dishwasher-safe.
- Allows you to reuse the brine.

**About Sophico**

SOPHICO is committed to delivering practical and affordable kitchen tools and accessories that blend innovation and functionality to another level. We use only high-quality materials from reliable suppliers and creative designs that enable us to provide convenient solutions meant to make your life easier and offer you a rewarding cooking and dining experience.





| | 1.5 oz Dips Containers 4 PACK | Magnetic Hanging Cups | Ice Cream Storage Containers with Silicone Lids | Travel Utensils Set | Fermenting Lids | 5 Gallon Water Jug Cap |
|---|---|---|---|---|---|---|
| Recommended Use | Suitable for dipping sauce and | Make your children easier to access | Great storage containers for your pasta, grains, cereals, leftover dishes, soup, coffee, yarn, small toys and much more. | Compact Flatware Set | Good and affordable | Safe & Reusable Water Jug Cap |

Top   About this item   Similar   Product information   Questions   Reviews



| | Stainless Steel Taco Shell Mold | 6 cup silicone lids | 1 cup silicone lids | 2 cup silicone lids | 4 cup silicone lids | 3 cup silicone lids |
|---|---|---|---|---|---|---|
| Recommended Use | can use to mold tortillas into fresh, crisp, fried taco shells with your pan, oven, toaster, air frying in few minutes. Perfectly shaped every time. | 6 Cup Glass Bowl Lid Replacement | 1 Cup Glass Bowl Lid Replacement | 2 Cup Glass Bowl Lid Replacement | 4 Cup Glass Bowl Lid Replacement | 3 Cup Glass Bowl Lid Replacement |

# Compare with similar items

   

| | | | | |
|---|---|---|---|---|
| | **This item** SOPHICO Pickle and Olives Jar Container with Strainer, Leak-proof Juice Separator Sieve Food Saver Storage Container (Pickle Container X 1) | Home Legion multipurpose glass pickle jar with strainer 1 pieces small for kitchen 900ml green | LOCK & LOCK HPL933BT Pickle Container | CHENGU Jalapeno Container 3 Pieces Pickle Containers with Strainers Pick a Deli Containers Square Jalapeno Dispenser Large Pickle Keeper Pickled Food Container for Home Kitchen Tools Supplies (Green) |
| | See Details | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (2000) | (2) | (4044) | (344) |
| Price | $895 | $1099 | $1400 | $2399 |
| Shipping | FREE Shipping on orders over $35.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime | FREE Shipping on orders over $35.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime |
| Sold By | Sophico | ALEXANDER D LLC | Global biz | Netflocfly |
| Color | Pickle Container X 1 | Green | Transparent White | Green |
| Item Dimensions | 8 x 5 x 8 inches | 3.94 x 4.33 x 5.31 inches | 4.7 x 4.7 x 5.2 inches | 3.9 x 3.9 x 7.5 inches |
| Item Weight | 7.37 ounces | — | 6.40 ounces | — |
| Material | Silicone, Polypropylene | Plastic, Glass | Polypropylene, Silicone | Plastic |

## Product information

| | |
|---|---|
| Product Dimensions | 8 x 5 x 8 inches |
| Item Weight | 7.4 ounces |
| Manufacturer | SOPHICO |
| ASIN | B09FPD8PLD |
| Country of Origin | China |
| Item model number | 0001 |
| Customer Reviews | 4.5   2,000 ratings<br>4.5 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

Case 1:23-cv-22997-RKA   Document 36-2   Entered on FLSD Docket 11/28/2023   Page 8 of 14

Amazon.com: SOPHICO Pickle and Olives Jar Container with Strainer, Food Saver Storage Container (Pickle Container-X-1) : Home & Kitchen    11/26/23, 7:59 PM

| Best Sellers Rank | #7,874 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#375 in Food Container Sets |
| --- | --- |
| Date First Available | September 8, 2021 |
| Item Weight | 0.21 Kilograms |
| Units | 1.0 Count |
| Number of Sets | 1 |

# Videos

Page 1 of 2

**Videos for related products**



0:14

Hourglass pickle container is super functional
Flore's Daily Amazon Shop



1:31

Crystalia Pickle Jar with Strainer Insert
CRYSTALIA



0

2M+ Views on Insta: Viral Pickle Jar & Serving Tongs
Ashley Burk · Home + Lifestyle

Upload your video

# Important information

To report an issue with this product, click here.

# Products related to this item

Sponsored







CHENGU Jalapeno Container Pickle Containers with Strainers Pickle Jar Containers…
343
**$22.99**
Save 5%  with coupon

Mason Jar Fermentation Lids with 4 Glass Weight and 4 Fermenter Caps Pickle Pipes f…
39
**$24.99**

fruui Glass Pickle Jar with Strainer Flip and Stainless Steel Fork, 36oz Leakproof …
174
Cyber Monday Deal
**$17.37**
List: $20.99 (17% off)
Exclusive Prime price

WhiteRhino Glass Pickle Jar,34oz Olive Hourglass Jar with Strainer, Airtight Glass …
1,621
Cyber Monday Deal
**$18.99**  ($0.56/Fl Oz)
List: $23.99 (21% off)
Exclusive Prime price

Festcool Porcelain Pickling Jar with 2 Lids Lotus Fermenting Pickling Kimchi Crock …
74
**$22.69**

---



Reusable Produce Bags - Eco-Friendly



Reusable Organic Cotton Produce Bags, by Lotus Sustainables, Set of 5…
138
$**16**⁹⁹ ✓prime
Save $4  with coupon

Sponsored

---

Sponsored

**77L**
Shop the Store on Amazon ›



77L Upgrade Pickle Jar with Strainer Flip, 100 Percent Airtight and Leak Proof Gla…
218
$**22.99**

**Masontops**
Shop the Store on Amazon ›



Masontops Complete Mason Jar Fermentation Kit - Pickle Kit, Sauerkraut…
4,361
$**49.99**  List: $79.99

**WhiteRhino**
Shop the Store



Case 1:23-cv-22997-RKA   Document 36-2   Entered on FLSD Docket 11/28/2023   Page 10 of 14

Amazon.com: SOPHICO Pickle and Olives Jar Container with Strainer,...ed Saver Storage Container (Pickle Container X 1) : Home & Kitchen                    11/20/23, 7:59 PM

# Looking for specific info?

## Customer reviews

4.5 out of 5

2,000 global ratings

5 star  72%
4 star  16%
3 star  7%
2 star  3%
1 star  3%

˅ How customer reviews and ratings work

Sponsored

**Reviews with images** See all photos 

  

Top reviews

## Top reviews from the United States

 Lew

**Great Idea!**

Reviewed in the United States on November 24, 2023

Color: With Pickle Tong    **Verified Purchase**

Great value plus it's easy to store olives and pickles. High quality material is use, we can open and close without having to worry about leakage.

Helpful    Report

 jnmvanc

**Well made product**

Reviewed in the United States on November 14, 2023

Color: Pickle Container X 1    **Verified Purchase**

This is a sturdy olive/pickle keeper, just the right size for a small family. I appreciate that both the top and bottom are removable for cleaning and the unit is top-rack dishwasher safe.

Helpful    Report

Jeanne Watkins

**So far so good!!**

Reviewed in the United States on November 3, 2023

Color: Pickle Container X 1    **Verified Purchase**

You better make sure you get those lids on perfectly!! First time I didn't, juice everywhere!!! But I've had them on for 4 hours now and no leaks!!
It works great to drain the juice off!!

2 people found this helpful

Helpful    Report

 Helen b.

**Jar container**
Reviewed in the United States on October 15, 2023
Color: Pickle Container X 1    Verified Purchase

I like that you don't have to deal with the juices once you flip it ... I thing that worries me its made out plastic . To seal both ends its also plastic and I'm waiting for all the liquid to come out everywhere. you have to make sure it's sealed tightly

2 people found this helpful

Helpful    Report

Crystal Scott

**OMG!!!! We love this!!!!**
Reviewed in the United States on November 11, 2023
Color: Large    Verified Purchase

This thing is so cool we absolutely love it with olives and diced picked this is perfect for them

One person found this helpful

Helpful    Report

Jason

**Get the large**
Reviewed in the United States on September 28, 2023
Color: Large    Verified Purchase

The 'large' is a little too large but the 'normal' is too small. Overall, it's a must for pickle lovers. Going with the large will ensure that all the pickles, in the store bought jar, will fit.

3 people found this helpful

Helpful    Report

Hannah Henderson

**Pickle lovers unite!!**
Reviewed in the United States on November 6, 2023
Color: Pickle Container X 1    Verified Purchase

If you loves pickles, you need this.

One person found this helpful

Helpful    Report

Keith

**Innovative and stores a lot.**
Reviewed in the United States on October 10, 2023
Color: Pickle Container X 1    Verified Purchase

Love this product! Hold a lot of olives, pickles, etc.. and holds the liquid perfectly.

2 people found this helpful

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

 Lisa M.

**Würd ich sofort nochmal kaufen!**
Reviewed in Germany on April 16, 2022
Color: Pickle Container X 1       **Verified Purchase**

Klingt komisch, aber sowas habe ich schon Ewig gesucht. Ich habe es immer gehasst, wenn man mit den Fingern oder der Gabel in diesem Sud rum wurschteln muss. Dann endlich habe ich diesen Artikel gefunden.
Ja, der Preis klingt erstmal happig, ganz schön viel Geld für etwas Plastik, aber mal ehrlich, für andere Plastikbehälter geben wir auch Unmengen an Geld aus.
Ich finde es super, da ich direkt an die Gürkchen dran komme. Die Deckelt halten auch dicht, also hier gibt es
nichts zu befürchten.

Report

Translate review to English

 Sabi Purpura

**super praktisch**
Reviewed in Germany on June 2, 2022
Color: Pickle Container X 1       **Verified Purchase**

leider etwas zu teuer aber es hält dicht, tut was es soll und die finger bleiben trocken beim rausnehmen.

One person found this helpful

Report

Translate review to English

 Alix Mackintosh

**Good customer service.**
Reviewed in Australia on July 5, 2022
Color: Pickle Container X 1       **Verified Purchase**

Good pickle jar, except it did come faulty took a photo and messaged the sellers.
The sellers got back to me straight away. So I am getting a full refund so I can try a buy it again. Good customer service.

Report

See more reviews ›

Amazon.com: SOPHICO Pickle and Olives Jar Container with Strainer,...ed Saver Storage Container (Pickle Container x 1) : Home & Kitchen    11/20/23, 7:59 PM

Case 1:23-cv-22997-RKA   Document 36-2   Entered on FLSD Docket 11/28/2023   Page 13 of 14



**American Atelier Maison 3-Piece Cookie Jar Set, White -**
79
$51.62 prime

Sponsored

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English   United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach<br>customers<br>wherever<br>they<br>spend their<br>time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your<br>Business |
| Amp<br>Host your own live<br>radio show with<br>music you love | Amazon<br>Fresh<br>Groceries &<br>More<br>Right To<br>Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books<br>& Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data |

Amazon.com: SOPHICO Pickle and Olives Jar Container with Strainer,...ed Saver Storage Container (Pickle Container x 1) : Home & Kitchen 11/26/23, 7:59 PM

Case 1:23-cv-22997-RKA   Document 36-2   Entered on FLSD Docket 11/28/2023   Page 14 of 14

| | | | | | | |
|---|---|---|---|---|---|---|
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates