Amazon.com: Miles Kimball Storage and Serving Pickle Jar : Home & Kitchen                              11/27/23, 8:40 PM

Delivering to Chicago 60616 — Update location | All | pickle jar | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All  **Cyber Monday Deals**  Medical Care  Groceries  Best Sellers  Amazon Basics   Cyber Monday ends in  05 : 18 : 14

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

6,838

Sponsored

Home & Kitchen › Kitchen & Dining › Storage & Organization › Food Storage › Food Jars & Canisters



## Miles Kimball Storage and Serving Pickle Jar

**Brand: Miles Kimball**

3.6                                                                        405 ratings

**-10%** $18.99

Typical price: $21.07

Get $100 off instantly: Pay $0.00 $18.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Miles Kimball |
| **Color** | Clear |
| **Material** | Plastic |
| **Product Dimensions** | 4"L x 4"W x 1"H |
| **Recommended Uses For Product** | Freshness |

### About this item

- Hourglass jar stores pickles in their own juices
- Simply flip for instant straining and serving
- Hand wash
- Airtight lid

› See more product details

### Customer ratings by feature

Easy to use                                     2.4
Value for money                                 1.7

See all reviews

$18.99

FREE delivery **December 5 - 12**. Details

Or fastest delivery **December 1 - 4**. Details

Delivering to Chicago 60616 - Update location

**In stock**
Usually ships within 2 to 3 days.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Fox Valley Traders |
| Sold by | Fox Valley Traders |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

[ Add to List ]

**Add other items:**

Wood Lazy Susan Turntable, 16-Inch Diameter
$36.43                          Add to Cart



Roll over image to zoom in

2,144

Sponsored

3,233

Sponsored

## Frequently bought together

 +  + 

**This item:** Miles Kimball Storage and Serving Pickle Jar
$18⁹⁹

Chef'n FridgeFork Condiment Fork (Arugula and
$9⁹⁹

Norpro Stainless Steel and Plastic Deluxe Pickle
$6³²

Total price: $35.30

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

### 4 stars and above
Sponsored ⓘ
Page 1 of 67



Festcool Porcelain Pickling Jar with 2 Lids Lotus Fermenting Pickling Kimchi Crock …
74
**$22.69**

RareCi Glass Storage Jar, Food Storage Container with Airtight Bamboo Wooden Lid, K…
399
Cyber Monday Deal
**$11.19**
List: $13.99 (20% off)
Exclusive Prime price

EatNeat Set of 2 Large Glass Food Storage Containers for Pantry Jars - Tall Glass K…
10,543
Cyber Monday Deal
**$15.99**  ($8.00/Count)
List: $27.99 (43% off)
Exclusive Prime price

Luvan Glass Pickle Jar with Strainer Flip, 34oz Pickle Container for Olives, Jalape…
1,245
Cyber Monday Deal
**$17.83**  ($0.52/Fl Oz)
List: $20.99 (15% off)
Exclusive Prime price

77L Upgr… with Strain… Percent Ai… Leak Proo…
**$22.99**

### Products related to this item
Sponsored ⓘ
Page 1 of 41











Festcool Porcelain Pickling Jar with 2 Lids Lotus Fermenting Pickling Kimchi Crock …
74
$22.69

LANDNEOO 35oz Glass Pickle Jar with Strainer Flip, Airtight Olive or Kimchi Hourgla…
$15.99

RareCi Glass Storage Jar, Food Storage Container with Airtight Bamboo Wooden Lid, K…
399
Cyber Monday Deal
$11.19
List: $13.99 (20% off)
Exclusive Prime price

WHOLE HOUSEWARES 24 oz Clear Canister Set with Beech Wood Lids | 2 pcs Food Storage…
493
Cyber Monday Deal
$11.49 ($5.75/Count)
List: $30.59 (62% off)
Exclusive Prime price

ELLDOO C… PET Stora… Coffee Po… Nespresso…
$16.99

## Product Description

This pickle jar is a 2in1 storage and serving solution. Oneofakind, hourglassshaped jar stores pickles and olives in their own juices until you flip to strain for serving. Durable plastic pickle jar easily goes from fridge to table. Airtight lid seals in freshness. Hand wash. 5 1/4" high x 4 1/2" diameter.

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Fox Valley Traders |
| Item Weight | 8 ounces |
| Product Dimensions | 4 x 4 x 1 inches |
| Item model number | 342995 |
| Is Discontinued By Manufacturer | No |
| Size | One Size Fits All |
| Color | Clear |
| Material | Plastic |
| Item Package Quantity | 1 |
| Special Features | Airtight |
| Batteries Included? | No |
| Batteries Required? | No |
| Units | 1.0 Count |
| Number of Sets | 1 |

### Additional Information

| | |
|---|---|
| ASIN | B009OO2NI0 |
| Customer Reviews | 3.6    405 ratings<br>3.6 out of 5 stars |
| Best Sellers Rank | #302,855 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#2,147 in Food Jars & Canisters |
| Date First Available | October 10, 2012 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

Page 1 of 4

**Videos for related products**



1:31
Crystalia Pickle Jar with Strainer Insert
CRYSTALIA




0:07
  2M+ Views on Insta: Viral Pickle Jar & Serving Tongs
Ashley Burk · Home + Lifestyle



Pickle Storage Container
Lauryn Emily

Upload your video

## Important information

To report an issue with this product, click here.

## Products related to this item

Page 1 of 24

Sponsored



LANDNEOO 35oz Glass Pickle Jar with Strainer Flip, Airtight Olive or Kimchi Hourgla...
**$15.99**



Luvan Glass Pickle Jar, 34oz Pickle Container with Strainer, LeakProof Pickle and O...
1,245
Cyber Monday Deal
**$18.49**  ($0.54/Fl Oz)
List: $21.99 (16% off)
Exclusive Prime price



HZGUP Glass Pickle Jar, 49oz/1450ml Hourglass Pickle Jar with Time Recorder and Str...
14
**$13.99**



fruui Glass Pickle Jar with Strainer Flip and Stainless Steel Fork, 36oz Leakproof ...
174
Cyber Monday Deal
**$17.37**
List: $20.99 (17% off)
Exclusive Prime price



WhiteRhin… Jar with St… Flip,34oz … Container,…
Cyber Mond…
**$17.83**
List: $30.99
Exclusive Pr…

49

Sponsored

## Similar brands on Amazon
Sponsored

Page 1 of 2

**77L**
Shop the Store on Amazon ›



77L Upgrade Pickle Jar with Strainer Flip, 100 Percent Airtight and Leak Proof Glass
218
$22.99

**Paksh Novelty**
Shop the Store on Amazon ›





Paksh Novelty - Food Storage Container - Glass Jar Wide Mouth, Airtight Metal Lid,
609
$22.99  Typical price: $33.99
Cyber Monday Deal

**Masontops**
Shop the Sto





## Looking for specific info?

Search in reviews, Q&A…

## Customer reviews

3.6 out of 5
405 global ratings



| | | |
|---|---|---|
| 5 star | | 48% |
| 4 star | | 14% |
| 3 star | | 11% |
| 2 star | | 7% |
| 1 star | | 20% |

## Reviews with images

See all photos ›

 

## Read reviews that mention

☐ How customer reviews and ratings work

make sure   really like   turn it upside   great idea   easy to use

leaks and no matter   pickle jar   pickles does not fit   tiktok made

much smaller   easy to get   made me buy   jar of pickles   whole jar

### By feature

Easy to use                                          2.4
Value for money                                      1.7

Top reviews ▾

### Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

 Jackie Y

**Okay**

Reviewed in the United States on December 16, 2022

**Verified Purchase**

I would've preferred glass.

Helpful    Report

 Mike

**cool idea and gift**

Reviewed in the United States on January 31, 2021

**Verified Purchase**

I got this as a gift for my pickle loving sister. I only have myself to blame for not reading size dimensions but that is why I have 4 starts instead of 5 because it wont hold the larger pickles. We also thought it would be cool for olives! Would definitely buy for any pickle or olive lover in your life!

One person found this helpful

Helpful    Report

Sponsored

 Laurel

**Not as good as it sounds**

Reviewed in the United States on May 25, 2022

**Verified Purchase**

The seal on the jar is iffy at best. It tends to leak every time it is turned upside down. I would not recommend this item.

2 people found this helpful

Helpful    Report

 Travis Lawson

**Plastic**

Reviewed in the United States on July 23, 2022

**Verified Purchase**

Pretty small for a "Texas Sized" portion, but it's good. Be careful putting on lid.. heard a few cracks.

One person found this helpful

Helpful    Report

Michael J Garlick

**Leaked after two days**
Reviewed in the United States on June 30, 2023
*Verified Purchase*

Had this in the refrigerator and after two days it was leaking. Was also much smaller than anticipated. Good in theory, but the craftsmanship is lacking. I have seen multiple others online have the same issue with this product and wish I would have seen some of those before purchasing as it would have changed my mind.

Helpful     Report

samantha Ferraro-Hristov

**Its very cool**
Reviewed in the United States on November 5, 2021
*Verified Purchase*

I like it but it does leak a tiny bit

3 people found this helpful

Helpful     Report

Bob

**Functional but two small**
Reviewed in the United States on July 5, 2021
*Verified Purchase*

For the price very small, works well but should be at leas twice the size. Will only hold a small amount of pickles, no size options.

Helpful     Report

 Beerwench

**Works great!**
Reviewed in the United States on July 8, 2015
*Verified Purchase*

I was a little afraid to buy this after reading some of the reviews of leaking and not standing stable on the lid etc. I did anyway because I cannot imagine anything more convenient for sauerkraut, olives, jalapenos, and other assorted foods in juice. I am glad I did! It works perfectly! I cannot understand why others do not like this container. It is very useful and does exactly what it says it will do. I can only assume the other users did not make sure the top was sealed all the way or something. The container stands level on the lid. I open it and close it almost every day and have yet to see it leak or fall over. I will be buying some more soon. :)

7 people found this helpful

Helpful     Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Ceri R.

**Undicht**

Reviewed in Germany on April 29, 2023

**Verified Purchase**

Ich wollte schon seit langem so ein Glas und hatte mich sehr gefreut endlich eins erstehen zu können. Leider läuft die Unterseite aus wo sich die Flüssigkeit sammeln soll. Beim näheren inspirieren (leider gefüllt) hat sich dieser dann gelöst. Wegen eines nun mangelnden unterdrucks, fiel der Deckel mitsamt Inhalt hinab und ergab eine schöne Sauerei.

Report

Translate review to English

See more reviews ›

## More from frequently bought brands

Page 1 of 15

Sponsored

     

Luvan Glass Pickle Jar with Strainer Flip, 34oz Pickle Container for Olives, Jalape...
1,245
Cyber Monday Deal
**$17.83** ($0.52/Fl Oz)
List: $20.99 (15% off)
Exclusive Prime price

Sweejar Kitchen Canisters Ceramic Food Storage Jar, Stackable Containers with Airti...
2,697
Cyber Monday Deal
**$12.79**
List: $15.99 (20% off)
Exclusive Prime price

77L Upgrade Pickle Jar with Strainer Flip, 100 Percent Airtight and Leak Proof Glas...
218
**$22.99**

1 Gallon Cookie Jar, Wide Mouth Large Glass Jars with Bamboo Lid, Airtight Storage ...
163
Cyber Monday Deal
**$21.05**
List: $24.99 (16% off)
Exclusive Prime price

Square Gla... storage Co... Airtight Li... 2 Wooden...
**$22.99**

 **American Atelier Maison 3-Piece Cookie Jar Set, White -**
★★★★☆ 79
**$51.62** ✓prime

Sponsored

### Best Sellers in Kitchen Storage & Organization

Page 1 of 8







Owala FreeSip Insulated Stainless Steel Water Bottle with Straw for Sports and Travel, BPA...
27,405
#1 Best Seller in Insulated Bottles
25% off   Cyber Monday Deal
$20.99
List: $27.99

Hydro Flask Stainless Steel Wide Mouth Water Bottle with Flex Straw...
2,051
Amazon's Choice in Insulated Bottles
29% off   Cyber Monday Deal
$35.25
List: $49.95
Get it as soon as **Saturday, Dec 2**
FREE Shipping by Amazon

Hydro Flask All Around Travel Tumbler with Handle Stainless Steel...
516
#1 Best Seller in Insulated Tumblers
25% off   Cyber Monday Deal
$33.71
List: $44.95
Get it as soon as **Saturday, Dec 2**
FREE Shipping on orders over $35 shipped by Amazon

Green Bulldog Reusable Grocery Bags - Heavy Duty, Foldable, Space Saving Tote Shopping...
5,632
#1 Best Seller in Kitchen Reusable Grocery Bags
Cyber Monday Deal
$21.99
$38.49

Crock-Po... Box, Port... Warmer f...
#1 Best S... Boxes
33% off
$29.99
List: $44.9...
Get it as so... Dec 2
FREE Shipp... over $35 sl...

## Customers who viewed items in your browsing history also viewed








WhiteRhino Glass Pickle Jar with Strainer Flip,34oz Pickle Container,Hourglass Pickle Juice Separator...
1,624
Cyber Monday Deal
$17.83 ($0.52/Fl Oz)
$30.99

Luvan Glass Pickle Jar with Strainer Flip, 34oz Pickle Container for Olives, Jalapenos, Sliced Pickles,Hourglass Pickl...
1,245
Cyber Monday Deal
$17.83 ($0.52/Fl Oz)
$20.99

Ansbell 52oz Glass Pickle Jar with Strainer Flip - Air Tight Pickle and Olives Container with Strainer - Hourglass...
62
Cyber Monday Deal
$15.19 ($1.27/Ounce)
$18.99

KIKINIKO Pickle Jar 24 oz pickle container with strainer Pickle Holder Keeper Lifter, pickle...
385
Amazon's Choice in Food Jars & Canisters
Cyber Monday Deal
$7.99
$9.99

FORTIDY Pickle Jar/Container with Strainer Flip & Label - oz Large Airtight Storage, Wide Mouth,
259
Cyber Monday Deal
$9.51
$16.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

Amazon.com: Miles Kimball Storage and Serving Pickle Jar : Home & Kitchen
11/27/23, 8:40 PM

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Start Selling with Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Your Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business |
| Amp<br>Host your own live radio show with music you love | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates