| Public time | client's own video link | screenshot |
|---|---|---|
| 2021.2.22 | https://www.tiktok.com/t/ZT8rHXAff/ | |
| 2021.6.17 | https://www.tiktok.com/t/ZT8rHa9JV/ | |
| 2021.4.28 | https://www.tiktok.com/t/ZT8rHCgQ3/ | |
| 2021.2.21 | https://www.tiktok.com/t/ZT8rHVETQ/ | |
| 2021.3.1 | https://www.tiktok.com/t/ZT8rHvq9v/ | |

2020.12.20          https://www.tiktok.com/t/ZT8rHtVcy/   

2021.6.16           https://www.tiktok.com/t/ZT8rH4Aho/