UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-22997 Altman/Reid

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

**Jillmo** - (Defendant No. 7 on Schedule "A" to the Amended Complaint)

Respectfully submitted on this 29th day of November 2023.

                        **LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
                        Attorneys for Plaintiff
                        8950 SW 74 Ct., Suite 1804
                        Miami, Fl 33156
                        Telephone: (786) 220-2061
                        Facsimile: (786) 220-2062
                        Email: hrubio@rubiolegal.com
                        Email: frubio@rubiolegal.com
                        Email: info@rubiolegal.com

                        By:/s/ *Humberto Rubio*
                        Felipe Rubio, Esq.
                        Florida Bar No. 123059

2

Humberto Rubio, Jr., Esq.
Florida Bar No. 36433