UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22997-ALTMAN/Reid

**XYZ CORPORATION**,

    *Plaintiff*,

*v.*

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    *Defendants*.

_____/

**ORDER**

The Plaintiff filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 37], in which the Plaintiff voluntarily dismissed Jillmo, Defendant No. 7 on Schedule "A" to the Amended Complaint, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The claims against Jillmo, Defendant No. 7 on Schedule "A" to the Amended Complaint, are **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **TERMINATE** this Defendant from the case.

**DONE AND ORDERED** in the Southern District of Florida on November 30, 2023.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc: counsel of record